# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**TINA SOBON,**

          Plaintiff,

      vs.                     **CASE NUMBER: 5:13-cv-1431 (GTS/TWD)**

**HORIZON ENGINEERING ASSOCIATES, LLP,**

          Defendant.

| | | |
|---|---|---|
| [ ] | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| [X] | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED that Defendants' motion to dismiss the complaint for failure to state a claim upon which relief can be granted (Dkt. No. 8) is GRANTED; that Plaintiff's cross motion to amend her Complaint (Dkt. No. 13) is DENIED; and that Plaintiff's Complaint (Dkt. No. 1) is DISMISSED with prejudice.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 30th day of September, 2014.

DATED:      September 30, 2014

_____
Clerk of Court

_____
L. Welch, Deputy Clerk